UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN VOLKMANN,<br><br>                Plaintiff,<br><br>   v.<br><br>ST. MARTIN DE PORRES SHELTER, et al.,<br><br>                Defendants. | CASE NO. C18-1200-RAJ<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

Because plaintiff does not appear to have funds available to afford the $400.00 filing fee, plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's IFP application (Dkt. 4) is GRANTED. The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

DATED this 16th day of August, 2018.

Mary Alice Theiler
United States Magistrate Judge